**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1389

SANDRA LYNETTE SPENCER,

Plaintiff - Appellant,

versus

TYCO ELECTRONICS CORPORATION; AIR EXPRESS
INTERNATIONAL CORPORATION,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. N. Carlton Tilley, Jr., Chief District Judge. (CA-01-949-1)

Submitted: September 29, 2003     Decided: October 16, 2003

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sandra Lynette Spencer, Appellant Pro Se. Kristin Elise Toussaint, George Andrew Harper, JACKSON LEWIS L.L.P., Greenville, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sandra Lynette Spencer appeals the district court's orders granting Appellees' motion to dismiss and for summary judgment in her employment discrimination action and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Spencer v. Tyco Electronics Corp.</u>, No. CA-01-949-1 (M.D.N.C. Feb. 27 and May 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2